**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- x
SKI BOWL REALTY MEMBER LLC,  :
                Plaintiff,  :

- against -  :  No. 12-CV-4607 (PGG)

  :  ECF Case

DAVID C. CRIKELAIR and  :  **CERTIFICATE OF SERVICE**
THOMAS P. DOUGHERTY, JR.,  :

                Defendants.  :
------------------------------------------------- x

    I, Joshua Weigensberg, associated with Debevoise & Plimpton LLP, attorneys for plaintiff herein, certify:

    1.    I am over eighteen (18) years of age.  On June 22, 2012, I caused to be served copies of the Order to Show Cause signed by this Court on June 22, 2012, docket entry number 2, together with its annexed documents, by overnight Federal Express to the Defendants to this action at the following addresses:

    David C. Criklair
    31 Swift's Lane
    Darien, CT 06820

    Thomas P. Dougherty, Jr.
    11441 Whippoorwill Road
    Houston, TX 77024

    2.    On June 25, 2012, I received a tracking update email from Federal Express indicating that my shipment to Mr. Crikelair was delivered to Mr. Crikelair's address

listed above on June 25, 2012, at 8:29 a.m.  A true and correct copy of this email is attached as Exhibit 1.

3. On June 25, 2012, I also received a tracking update email from Federal Express indicating that my shipment to Mr. Dougherty was delivered to Mr. Dougherty's address listed above on June 25, 2012, at 9:19 a.m.  A true and correct copy of this email is attached as Exhibit 2.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2012.

      /s/ *Joshua Weigensberg*
Joshua Weigensberg
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212)909-6997
jweigens@debevoise.com

# Exhibit 1

# Weigensberg, Joshua

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, June 25, 2012 8:33 AM |
| **To:** | Weigensberg, Joshua |
| **Subject:** | FedEx Shipment 798545743536 Delivered |

_____

This tracking update has been requested by:

```
Company Name:              Debevoise & Plimpton  LLP
Name:                      Joshua Weigensberg
E-mail:                    JWeigensberg@debevoise.com

Message:                   PSShip eMail Notification
```
_____

Our records indicate that the following  shipment has been delivered:

```
Reference:                 20102.1280.jweigens
Ship (P/U) date:           Jun 22, 2012
Delivery date:             Jun 25, 2012 8:29  AM
Sign for by:               Signature not  required
Delivery location:         Darien, CT
Delivered to:              Residence
Service type:              FedEx Priority  Overnight
Packaging type:            FedEx Box
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday
                           Residential Delivery

Tracking number:           798545743536

Shipper Information               Recipient Information
Joshua Weigensberg                David C.  Crikelair
Debevoise & Plimpton LLP          31 Swifts Ln
919 Third Avenue                  Darien
New York                          CT
NY                                US
US                                06820
10022
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:32 AM  CDT on 06/25/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=798545743536&language=en&opco=FX&clienttype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

# Exhibit 2

# Weigensberg, Joshua

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, June 25, 2012 10:45 AM |
| **To:** | Weigensberg, Joshua |
| **Subject:** | FedEx Shipment 793715194645 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Debevoise & Plimpton  LLP |
| Name: | Joshua Weigensberg |
| E-mail: | JWeigensberg@debevoise.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following  shipment has been delivered:

| | |
|---|---|
| Reference: | 20102.1280.jweigens |
| Ship (P/U) date: | Jun 22, 2012 |
| Delivery date: | Jun 25, 2012 9:19  AM |
| Sign for by: | Signature not  required |
| Delivery location: | Houston, TX |
| Delivered to: | Residence |
| Service type: | FedEx Priority  Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 6.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| | |
| Tracking number: | 793715194645 |

| Shipper Information | Recipient Information |
|---|---|
| Joshua Weigensberg | Thomas P.  Dougherty, Jr. |
| Debevoise & Plimpton LLP | 11441 Whippoorwill Rd |
| 919 Third Avenue | Houston |
| New York | TX |
| NY | US |
| US | 77024 |
| 10022 | |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:44 AM  CDT
on 06/25/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=793715194645
&language=en&opco=FX&clientype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.