**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------- x

SKI BOWL REALTY MEMBER LLC,    :
    :
         Plaintiff,    :
    :   No. 12-CV-4607 (PGG)
   - against -    :
    :   ECF Case
    :
    :
DAVID C. CRIKELAIR and    :
THOMAS P. DOUGHERTY, JR.,    :
    :
         Defendants.    :

-------------------------------------------------- x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Plaintiff Ski Bowl Realty Member LLC ("Ski Bowl"), a private non-governmental party, is wholly owned by Excelsior II, LLC, an investment fund.  No publicly held corporation possesses a 10% or greater ownership interest in Excelsior II, LLC.

Dated: June 13, 2012

         Respectfully Submitted,

         DEBEVOISE & PLIMPTON LLP

         By: /s/  Joseph P. Moodhe
         Joseph P. Moodhe (jpmoodhe@debevoise.com)
         Lee A. Greenwood (lgreenwo@debevoise.com)
         Joshua Weigensberg (jweigens@debevoise.com)
         919 Third Avenue
         New York, NY 10022
         212-909-6241

         *Attorneys for Plaintiff Ski Bowl Realty Member LLC*