```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SKI BOWL REALTY MEMBER LLC,

           Plaintiff,

- against -

DAVID C. CRIKELAIR and
THOMAS P. DOUGHERTY, JR.

           Defendants.
------------------------------------------------------------ x

No. 12-CV-4607 (PGG)

ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE AND HEARING DATE**

      WHEREAS, on June 13, 2012, Plaintiff Ski Bowl Realty Member LLC ("Plaintiff") filed its complaint and an application for a preliminary injunction by order to show cause in the above-captioned matter;

      WHEREAS, on June 22, 2012, this Court entered an order to show cause setting forth a briefing schedule and hearing date for Plaintiff's application for a preliminary injunction ("Order");

      WHEREAS, on June 25, 2012, Plaintiff served the Order and supporting papers on Defendants David C. Crikelair and Thomas P. Dougherty, Jr. (collectively, "Defendants") by overnight Federal Express, as specified by the Order;

      WHEREAS, counsel for the parties have consulted, and have agreed that the hearing should be adjourned and additional time provided for submitting briefs on the motion;

      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that Defendants' papers in opposition

to Plaintiff's application for a preliminary injunction shall be served by hand or overnight Federal Express on Plaintiff's counsel and filed with this Court, with a courtesy copy delivered by hand to Chambers, on or before 5:00 p.m. on July 23, 2012, and any reply papers by Plaintiff shall be served by hand or overnight Federal Express on Defendants' counsel and filed with this Court, with a courtesy copy delivered by hand to Chambers, on or before 5:00 p.m. on August 1, 2012; and

IT IS FURTHER STIPULATED AND AGREED that the motion for preliminary injunction shall be heard at a date on or after August 6, 2012, as set by the Court.

DATED:   New York, New York
         June 29, 2012

DEBEVOISE & PLIMPTON LLP

By: _Joseph P. Moodhe_

Joseph P. Moodhe
Lee A. Greenwood
Joshua Weigensberg
919 Third Avenue
New York, NY 10022
(212) 909-6241
(212) 909-6836 (fax)
Email: jpmoodhe@debevoise.com

*Attorneys for Plaintiff Ski Bowl Realty Member LLC*

O'CONNELL AND ARONOWITZ

By: _[signature]_

Jeffrey J. Sherrin
Charles C. Dunham IV
54 State Street
Albany, NY 12207
(518) 462-5601
(518) 462-6486 (fax)
Email: jsherrin@oalaw.com

*Attorneys for Defendants David C. Crikelair and Thomas P. Dougherty, Jr.*

A hearing on Plaintiff's application for a preliminary injunction will take place on August 21, 2012 at 12:30 p.m.

SO ORDERED:

_Paul G. Gardephe_
United States District Judge