AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

**12 CIV 4607**

| | |
|---|---|
| Ski Bowl Realty Member LLC | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| David C. Crikelair and Thomas P. Dougherty, Jr. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.    **JUDGE GARDEPHE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> David C. Crikelair
> 31 Swifts Lane
> Darien, Connecticut 06820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joseph P. Moodhe
> Debevoise & Plimpton LLP
> 919 Third Ave
> New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

JUN 1 3 2012

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
Southern District of New York



*142114*

**AFFIDAVIT OF SERVICE**

Index no : **12 CIV 4607**

**Ski Bowl Realty Member, LLC**

        Plaintiff(s),

vs.

**David C. Crikelair and Thomas P. Dougherty, Jr.**

        Defendant(s).

_____/

**STATE OF CONNECTICUT**

       **ss: East Hartford**

**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **06/25/2012** at **4:00 PM**, I served the within **Summons In A Civil Action and Complaint; Civil Cover Sheet; Rule 7.1 Disclosure; Set of ECF Rules; Judge Gardephe's Individual Rules; Order To Show Cause; Declaration of Jeffrey Pisano; Memorandum of Law; Complaint** on **David C. Crikelair at 31 Swifts Lane, Darien, CT 06820** in the manner indicated below:

INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|------|--------------------|---------------|-----|--------|--------|
| Male | Caucasian | Gray | 60 | 5'10" | 170 |
| Other Features: **Glasses** | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
June 26, 2012
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#: