USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKI BOWL REALTY MEMBER LLC,

           Plaintiff,

- against -

DAVID CRIKELAIR, THOMAS DOUGHERTY, JR.,

           Defendants.

**ORDER**

12 Civ. 4607 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    There will be a phone conference in this matter on Thursday, July 19, 2012 at 5:30 p.m. Parties are directed to call chambers – (212) 805-0224 – with both parties on the line.

Defendants' time to answer or otherwise move is extended until July 19, 2012.

Dated: New York, New York
       July 13, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge