# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Joseph P. Moodhe
Partner
Tel 212 909 6241
Fax 212 909 6836
jpmoodhe@debevoise.com

July 31, 2012

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 31, 2012

BY FACSIMILE

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

**Ski Bowl Realty Member LLC v. David C. Crikelair and
Thomas P. Dougherty, Jr., No. 12-CV-4607 (PGG)**

Dear Judge Gardephe:

    We represent Plaintiff Ski Bowl Realty Member LLC ("Ski Bowl") in the above-referenced matter. As discussed during the conference call with the Court on July 19, we indicated we would advise the Court if we would like additional pages for our reply memorandum in support of our motion for a preliminary injunction. The Defendants having filed a 30-page brief in opposition with the Court's permission, we write to request three additional pages (for a total of 13 pages) for our reply memorandum due to be filed tomorrow, August 1. We have consulted with Defendants' counsel and they have no objection to this request.

    Thank you for your consideration of our request.

Respectfully yours,

*/s/ Joseph P. Moodhe*
Joseph P. Moodhe

cc: Jeffrey J. Sherrin, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/12
```

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai