UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SKI BOWL REALTY MEMBER LLC.

                                    Plaintiff,

  -against-

DAVID C. CRIKELAIR and
THOMAS P. DOUGHERTY, JR.,

                                   Defendants.

**NOTICE OF APPEARANCE
OF COUNSEL**

Civil Case No. 12-CV-4607

---

      Notice is hereby given of the entry of the undersigned as counsel for Defendants David C. Crikelair and Thomas P. Dougherty, Jr. in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

      **Jeffrey J. Sherrin**
      **O'Connell & Aronowitz, P.C.**
      **54 State Street**
      **Albany, NY 12207-2501**

DATED: July 31, 2012

                                 O'CONNELL AND ARONOWITZ
                                 By:

                                 _____
                                 Jeffrey J. Sherrin (Bar Roll No. JS5129)

                                 **O'CONNELL AND ARONOWITZ**
                                 54 State Street
                                 Albany, NY 12207-2501
                                 (518) 462-5601 (phone)
                                 (518) 462-6486 (fax)
                                 jsherrin@oalaw.com