UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
SKI BOWL REALTY MEMBER LLC,                             :
                                                         :
              Plaintiff,                          :
                                                         :       No. 12-CV-4607 (PGG)
   - against -                                         :
                                                         :       NOTICE OF APPEARANCE AND
                                                         :       REQUEST FOR ELECTRONIC
                                                         :       NOTIFICATION
                                                         :
DAVID C. CRIKELAIR and                                   :
THOMAS P. DOUGHERTY, JR.,                                :
                                                         :
              Defendants.                         :
------------------------------------------------------- x

      PLEASE TAKE NOTICE that Plaintiff Ski Bowl Realty Member LLC appears in the case captioned above by its counsel, Joseph P. Moodhe of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
         August 9, 2012

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Joseph P. Moodhe_____
                                           Joseph P. Moodhe
                                           jpmoodhe@debevoise.com

                                      Debevoise & Plimpton LLP
                                      919 Third Avenue
                                      New York, New York 10022
                                      Phone: (212) 909-6000
                                      Fax: (212) 909-6836

                                      *Attorney for Plaintiff Ski Bowl Realty*
                                         *Member LLC*