UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
SKI BOWL REALTY MEMBER LLC,                          :
                                                     :
            Plaintiff,                             :
                                                     :    No. 12-CV-4607 (PGG)
   - against -                                       :
                                                     :    NOTICE OF APPEARANCE AND
                                                     :    REQUEST FOR ELECTRONIC
                                                     :    NOTIFICATION
                                                     :
DAVID C. CRIKELAIR and                               :
THOMAS P. DOUGHERTY, JR.,                            :
                                                     :
            Defendants.                            :
------------------------------------------------------ x

      PLEASE TAKE NOTICE that Plaintiff Ski Bowl Realty Member LLC appears in the case captioned above by its counsel, Joshua Weigensberg of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
          August 9, 2012

                                               DEBEVOISE & PLIMPTON LLP

                                               By: /s/ Joshua Weigensberg
                                                  Joshua Weigensberg
                                                  jweigens@debevoise.com

                                               Debevoise & Plimpton LLP
                                               919 Third Avenue
                                               New York, New York 10022
                                               Phone: (212) 909-6000
                                               Fax: (212) 909-6836

                                               *Attorney for Plaintiff Ski Bowl Realty*
                                                    *Member LLC*