UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
SKI BOWL REALTY MEMBER LLC,                :
                                            :
              Plaintiff,         :
                                            :    No. 12-CV-4607 (PGG)
   - against -                             :
                                            :    NOTICE OF APPEARANCE AND
                                            :    REQUEST FOR ELECTRONIC
                                            :    NOTIFICATION
                                            :
DAVID C. CRIKELAIR and                      :
THOMAS P. DOUGHERTY, JR.,                   :
                                            :
              Defendants.        :
------------------------------------------------------- x

      PLEASE TAKE NOTICE that Plaintiff Ski Bowl Realty Member LLC appears in the case captioned above by its counsel, Lee A. Greenwood of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
       August 9, 2012

                                  DEBEVOISE & PLIMPTON LLP

                                  By: /s/ Lee A. Greenwood
                                      Lee A. Greenwood
                                      lgreenwo@debevoise.com

                                  Debevoise & Plimpton LLP
                                  919 Third Avenue
                                  New York, New York 10022
                                  Phone: (212) 909-6000
                                  Fax: (212) 909-6836

                                  *Attorney for Plaintiff Ski Bowl Realty*
                                    *Member LLC*