

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKI BOWL REALTY MEMBER LLC,

               Plaintiff,

     - against -

DAVID CRIKELAIR, THOMAS DOUGHERTY, JR.,

               Defendants.

**ORDER**

12 Civ. 4607 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

     The Court adopts the following briefing schedule for Defendants' motion to dismiss:

    (1)    Moving papers are due by September 11, 2012;

    (2)    Opposition papers are due by September 25, 2012;

    (3)    Reply papers, if any, are due by October 2, 2012.

Dated:  New York, New York
         August 23, 2012

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge