# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Joseph P. Moodhe
Partner
Tel 212 909 6241
Fax 212 909 6836
jpmoodhe@debevoise.com

October 2, 2012

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul Gardephe* (signature)

Paul G. Gardephe, U.S.D.J.

Dated: Oct 3, 2012

BY FACSIMILE

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

**Ski Bowl Realty Member LLC v. David C. Crikelair and
Thomas P. Dougherty, Jr., No. 12-CV-4607 (PGG)**

Dear Judge Gardephe:

We represent Plaintiff Ski Bowl Realty Member LLC ("Ski Bowl") in the above-referenced matter. We write to request leave to file a two-page letter or sur-reply in response to Defendants' Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss ("Reply") (Dkt. 27) that was filed this afternoon. Our request is limited to responding to Defendants' arguments concerning the $75,000 jurisdictional threshold for diversity cases, which Defendants admit they "did not previously raise. . . ." Reply at 2.

Thank you for your consideration of our request.

Respectfully yours,

*Joseph P. Moodhe* (signature)

Joseph P. Moodhe

cc:   Jeffrey J. Sherrin, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/12

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai