UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
SKI BOWL REALTY MEMBER LLC,           :
                                       :
            Plaintiff,                 :
                                       :     No. 12-CV-4607 (PGG)
     - against -                       :
                                       :     ECF Case
                                       :
DAVID C. CRIKELAIR and                 :     **STIPULATION OF DISMISSAL**
THOMAS P. DOUGHERTY, JR.               :
                                       :
            Defendants.                :
                                       :
------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed in its entirety with prejudice.

DATED:   New York, New York
         April 30, 2013

| DEBEVOISE & PLIMPTON LLP | O'CONNELL AND ARONOWITZ |
|---|---|
| By: /s/ Joseph P. Moodhe | By: /s/ Jeffrey J. Sherrin |
| Joseph P. Moodhe<br>Lee A. Greenwood<br>Joshua Weigensberg<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6241<br>(212) 909-6836 (fax)<br>Email: jpmoodhe@debevoise.com | Jeffrey J. Sherrin<br>Charles C. Dunham IV<br>54 State Street<br>Albany, NY 12207<br>(518) 462-5601<br>(518) 462-6486 (fax)<br>Email: jsherrin@oalaw.com |
| *Attorneys for Plaintiff Ski Bowl Realty Member LLC* | *Attorneys for Defendants David C. Crikelair and Thomas P. Dougherty, Jr.* |