```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5|2|13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- x
SKI BOWL REALTY MEMBER LLC,          :
                                     :
              Plaintiff,             :
                                     :    No. 12-CV-4607 (PGG)
     - against -                     :
                                     :    ECF Case
                                     :
DAVID C. CRIKELAIR and                :    **STIPULATION OF DISMISSAL**
THOMAS P. DOUGHERTY, JR.              :
                                     :
              Defendants.            :
                                     :
--------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed in its entirety with prejudice.

DATED:   New York, New York
         April 30, 2013

DEBEVOISE & PLIMPTON LLP                O'CONNELL AND ARONOWITZ

By: /s/ Joseph P. Moodhe                By: /s/ Jeffrey J. Sherrin

Joseph P. Moodhe                        Jeffrey J. Sherrin
Lee A. Greenwood                        Charles C. Dunham IV
Joshua Weigensberg                      54 State Street
919 Third Avenue                        Albany, NY 12207
New York, NY 10022                      (518) 462-5601
(212) 909-6241                          (518) 462-6486 (fax)
(212) 909-6836 (fax)                    Email: jsherrin@oalaw.com
Email: jpmoodhe@debevoise.com

*Attorneys for Plaintiff Ski Bowl Realty*    *Attorneys for Defendants David C.*
*Member LLC*                                  *Crikelair and Thomas P. Dougherty, Jr.*

The Clerk of Court is directed to terminate the pending motion (Dkt. No. 22) and to close this case.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Date: May 2, 2013